UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL THOMPSON,

    Plaintiff,

v.

MICHIGAN DEPARTMENT OF
CORRECTIONS, *et al*,

    Defendants.
_____/

Case No. 17-10490

Denise Page Hood
Chief United States District Judge

Stephanie Dawkins Davis
United States Magistrate Judge

## REPORT AND RECOMMENDATION
## MOTION TO DISMISS (Dkt. 25)

  Plaintiff, a prisoner in the custody of the Michigan Department of Corrections, filed this prisoner civil rights action on February 16, 2017.  (Dkt. 1).  Chief District Judge Denise Page Hood referred this matter to the undersigned for all pretrial proceedings.  (Dkt. 27).  On July 21, 2017, defendant, The Kone Company, filed a motion to dismiss plaintiff's complaint against it.  (Dkt. 25).  On October 23, 2017, plaintiff filed a response to the motion to dismiss, conceding that the claims against The Kone Company should be dismissed.  (Dkt. 33).

  Based on the foregoing, the undersigned **RECOMMENDS** that defendant's motion to dismiss be **GRANTED**, given plaintiff's express consent to the dismissal of The Kone Company as a defendant in that matter.

1

The parties to this action may object to and seek review of this Report and Recommendation, but are required to file any objections within 14 days of service, as provided for in Federal Rule of Civil Procedure 72(b)(2) and E.D. Mich. Local Rule 72.1(d).  Failure to file specific objections constitutes a waiver of any further right of appeal.  *Thomas v. Arn*, 474 U.S. 140 (1985); *Howard v. Sec'y of Health and Human Servs.*, 932 F.2d 505 (6th Cir. 1981).  Filing objections that raise some issues but fail to raise others with specificity will not preserve all the objections a party might have to this Report and Recommendation.  *Willis v. Sec'y of Health and Human Servs.*, 931 F.2d 390, 401 (6th Cir. 1991); *Smith v. Detroit Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987).

Any objections must be labeled as "Objection No. 1," "Objection No. 2," etc.  Any objection must recite precisely the provision of this Report and Recommendation to which it pertains.  Not later than 14 days after service of an objection, the opposing party may file a concise response proportionate to the objections in length and complexity.  Fed.R.Civ.P. 72(b)(2); E.D. Mich. Local Rule 72.1(d).  The response must specifically address each issue raised in the objections, in the same order, and labeled as "Response to Objection No. 1," "Response to Objection No. 2," etc.  If the Court determines that any objections are without merit, it may rule without awaiting the response.

Date: October 30, 2017            s/Stephanie Dawkins Davis  
                                              Stephanie Dawkins Davis  
                                              United States Magistrate Judge

### **CERTIFICATE OF SERVICE**

I certify that on October 30, 2017, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send electronic notification to all counsel of record and I have mailed by U.S. Postal Service to the following non-ECF participant: Daniel Thompson #533512, Saginaw Correctional Facility, 9625 Pierce Road, Freeland, MI 48623.

                                                     s/Tammy Hallwood  
                                                     Case Manager  
                                                     (810) 341-7887  
                                                     tammy_hallwood@mied.uscourts.gov